# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NUTRITION DISTRIBUTION LLC, )
)
        Plaintiff, )    Case No.: 2:17-cv-02603-GMN-VCF
vs. )
) **ORDER**
STRONG SUPPLEMENTS, LLC, )
)
        Defendant. )
)

Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Cam Ferenbach, (ECF No. 22), regarding Plaintiff Nutrition Distribution LLC's ("Plaintiff's") Motion for Default Judgment, (ECF No. 18).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 22), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 18), is **GRANTED**.

**IT IS FURTHER ORDERED** that permanent injunctive relief prohibiting Defendant Strong Supplements, LLC from producing, licensing, marketing, or selling any products containing Prohormones is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded **DAMAGES** for:

(1) Defendant's profits in the amount of $2,018,854 pursuant to 15 U.S.C. § 1117(a)(1);

(2) attorney's fees in the amount of $13,995 pursuant to 15 U.S.C. § 1117(a)(3); and

(3) Costs in the amount of $959 pursuant to 15 U.S.C. § 1117(a)(3).

The total recommended award being granted totals $2,033,808.

**DATED** this 17 day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court